**DISMISS; and Opinion Filed July 30, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00903-CV

### IN RE W.O.H., Relator

**Original Proceeding from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-25148-W**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Bridges, and Justice Stoddart
Opinion by Justice Stoddart

Relator filed this petition for writ of mandamus complaining that the district clerk has failed to transmit his "Motion to Rectify Jurisdiction of a Child and Proceed through Texas Family Code Section 54.02" and "Motion for Bench Warrant" to the juvenile court. The Court's power to issue a writ of mandamus is set forth in section 22.221 of the Texas Government Code. Because the Dallas County District Clerk is not a judge, the district clerk falls within our mandamus jurisdiction only to the extent necessary to enforce our jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a), (b) (West 2004) (granting writ power to courts of appeals). There is no pending or imminent appeal of relator's conviction, which has become final. This Court does not have jurisdiction over any post-conviction habeas corpus proceeding relator may seek to bring to collaterally attack his conviction. *See* TEX. CODE CRIM. P. ANN. art. 11.05 (West 2005) (by whom writ may be granted). Therefore, any inaction by the district clerk does not impact our jurisdiction.

We dismiss the petition for lack of jurisdiction.

/Craig Stoddart/
CRAIG STODDART
JUSTICE

150903F.P05